Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| KDS GROUP, PLLC | § | |
| | § | Case no.16-42101 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

## EMERGENCY MOTION FOR AUTHORITY TO USE OF CASH COLLATERAL

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, KDS Group, PLLC ("Debtor") and moves the Court under 11 U.S.C. §363 for Emergency Approval of Interim Use of Cash Collateral and would show the Court the following:

1.  The Debtor filed a voluntary Chapter 11 Petition on November 17, 2016.

2.  The Debtor must have cash to make payroll and to pay other immediate expenses to keep its doors open.

3.  The Debtors business consists of the ownership and operation of a three dental offices.

4.  Comerica Bank ("Comerica") asserts a lien on the accounts receivable of the

**MOTION TO USE CASH COLLATERAL -- Page 1**

Debtor ("Collateral").  This Collateral may constitute the cash collateral of Comerica as that term is defined in the Bankruptcy Code.

5. The Debtor is in immediately need to use the cash collateral of Comerica to maintain operations of the business. The continued operations of the Debtor will necessitate the use of the cash collateral.

6. The Debtor seeks to use the cash collateral of Comerica to make the payroll and continue operations. Debtor seeks interim use of the cash collateral for the uses set forth on Exhibit "A".

7. An emergency exists in that the entire chance of the Debtor's reorganizing depends on the Debtor's ability to immediately obtain use the alleged Collateral of Comerica to continue operations of the company while effectuating a plan of reorganization.

8. The Debtor is willing to provide Comerica with replacement liens pursuant to 11U.S.C. section 552.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an Emergency Hearing and that upon hearing, this Court enter and Order authorizing the Debtor's use of the Cash Collateral of Comerica in the amounts set forth in Exhibit "A" and to grant Comerica adequate protection in the form of replacement liens under 11 U.S.C. section 552, and for such other and further relief as the Debtor may show itself justly entitled.

                Respectfully submitted,

                Eric A. Liepins
                Eric A. Liepins, P.C.
                12770 Coit Road
                Suite 1100
                Dallas, Texas 75251
                (972) 991-5591

**MOTION TO USE CASH COLLATERAL -- Page 2**

                          (972) 991-5788 - telecopier

                By:_/s/ Eric Liepins_____
                    Eric A. Liepins, SBN 12338110

                PROPOSED ATTORNEY FOR DEBTOR

### Certificate of Service

    I hereby certify that a true and correct copy of the foregoing Motion was sent via telecopy or mail to Comerica through their counsel of record, Vincent, Serafino, Geary, Waddell & Jenevin, 214-9798-7402 and the United States Trustee on the 22nd day of November 2016.

                    ____/s/ Eric Liepins_____
                    Eric A. Liepins

**MOTION TO USE CASH COLLATERAL -- Page 3**