B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **KJS Group PLLC**
_Debtor_

Case No. **16-42101**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **Dec /2016**      Date filed: **11-17-2016**

Line of Business: _____      NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ M. Najarro_
Original Signature of Responsible Party

**MARCO A. NAJARRO**
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☑
15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☑
16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☑
17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☑
18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☐ ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 35,002.65

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 5378.31
Cash on Hand at End of Month $ 4,439.34

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ _____

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 53,254.17

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 52,315.20
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 53,254.17

*(Subtract Line C from Line B)*    CASH PROFIT FOR THE MONTH    $ −938.97

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES $ 7,000.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES $ 265,159.62

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? 7

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? 6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 2,139.65

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 56,864 | $ 52,315.20 | $ 4,548.80 |
| EXPENSES | $ 56,864 | $ 53,254.17 | $ 3,609.83 |
| CASH PROFIT | $ | $ −$938.97 | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ 60,000
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ 50,000
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ 10,000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

80717

IIнIнIнIнIIнннIIнIнIннIIнI
KDS GROUP PLLC DBA
ADVANCED ORTHODONTICS STUDIO
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

*Basic Business Checking*
statement

December 1, 2016 to December 31, 2016
Account number

## Account summary

| | |
|---|---:|
| **Beginning balance on December 1, 2016** | **$5,278.31** |
| Plus deposits | |
| Electronic deposits | $33,451.30 |
| Paper deposits | $462.12 |
| Less withdrawals | |
| Checks | -$13,195.00 |
| ATM/Debit Card withdrawals | -$12,119.28 |
| Electronic (EFT) withdrawals | -$2,367.15 |
| Fees and service charges | -$105.00 |
| Transfers to other accounts | -$10,800.00 |
| **Ending balance on December 31, 2016** | **$605.30** |

**To contact us**

Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

## Basic Business Checking account details:

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Dec 01 | 450.00 | Bankcard-8566 Btot Dep 161130 518089240716746 | | 9488203336 |
| Dec 02 | 752.44 | Forte Funding 161201 +1.469.675.9920 | | 9488230607 |
| Dec 02 | 166.67 | Bankcard-8566 Mtot Dep 161201 518089240716746 | | 9488232765 |
| Dec 05 | 3,106.11 | Bankcard-8566 Btot Dep 161202 518089240716746 | | 9488325494 |
| Dec 05 | 375.00 | Bankcard-8566 Mtot Dep 161202 518089240716746 | | 9488697341 |
| Dec 05 | 155.00 | Forte Funding 161202 +1.469.675.9920 | | 9488329380 |
| Dec 05 | 150.00 | Bankcard 8076 Btot Dep 161202 554402000130898 | | 9488367052 |
| Dec 07 | 6,472.21 | Bankcard-8566 Mtot Dep 161206 518089240716746 | | 9488684281 |
| Dec 08 | 295.83 | Forte Funding 161207 +1.469.675.9920 | | 9488821659 |
| Dec 09 | 335.00 | Bankcard 8076 Btot Dep 161208 554402000130898 | | 9488758227 |
| Dec 09 | 22.00 | VISA Southwes 5262469847993 800-435-9792 TX | | 0F40000000 |
| Dec 12 | 278.88 | VISA Wynn Las Vegas Hotel 702-770-2540 NV | | 0F40000000 |
| Dec 12 | 278.88 | VISA Wynn Las Vegas Hotel 702-770-2540 NV | | 0F40000000 |
| Dec 12 | 278.88 | VISA Wynn Las Vegas Hotel 702-770-2540 NV | | 0F40000000 |
| Dec 12 | 278.88 | VISA Wynn Las Vegas Hotel 702-770-2540 NV | | 0F40000000 |
| Dec 16 | 260.00 | Bankcard 8076 Btot Dep 161215 554402000130898 | | 9488396464 |
| Dec 16 | 250.00 | Bankcard-8566 Btot Dep 161215 518089240786145 | | 9488396030 |
| Dec 19 | 4,039.87 | Bankcard-8566 Mtot Dep 161216 518089240716746 | | 9488620468 |
| Dec 19 | 135.00 | Bankcard-8566 Btot Dep 161216 518089240716746 | | 9488799312 |
| Dec 21 | 4,000.00 | Bankcard-8566 Mtot Dep 161220 518089240716746 | | 9488701235 |
| Dec 21 | 564.60 | Synchrony Bank Btot Dep 161220 534812028590020 | | 9488686905 |
| Dec 22 | 2,414.60 | Global Pmts Inc EFT Eid 3030606 | | 9488542813 |
| Dec 22 | 1,900.00 | Bankcard 8076 Btot Dep 161221 554402000130898 | | 9488750489 |
| Dec 22 | 569.83 | Forte Funding 161221 +1.469.675.9920 | | 9488747218 |
| Dec 23 | 325.00 | Bankcard 8076 Btot Dep 161222 554402000130898 | | 9488837254 |
| Dec 23 | 300.91 | Bankcard-8566 Mtot Dep 161222 518089240716746 | | 9488835068 |
| Dec 27 | 3,334.58 | Bankcard-8566 Mtot Dep 161223 518089240716746 | | 9488852681 |
| Dec 27 | 277.94 | Bankcard-8566 Mtot Dep 161223 518089240786145 | | 9488668778 |
| Dec 27 | 265.00 | Bankcard 8076 Btot Dep 161223 554402000130898 | | 9488558716 |
| Dec 28 | 184.62 | Bankcard-8566 Mtot Dep 161227 518089240716746 | | 9488969436 |
| Dec 29 | 600.00 | Bankcard 8076 Btot Dep 161228 554402000130898 | | 9488246935 |
| Dec 29 | 128.57 | Bankcard-8566 Mtot Dep 161228 518089240716746 | | 9488246539 |
| Dec 30 | 505.00 | Bankcard-8566 Mtot Dep 161229 518089240716746 | | 9488362637 |

**Total Electronic Deposits: $33,451.30**
**Total Number of Electronic Deposits: 33**

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|
| Dec 08 | 462.12 | | 0430461621 |

**Total Paper Deposits: $462.12**
**Total Number of Paper Deposits: 1**

### Checks paid this statement period

* Symbol indicates a break in check number sequence
# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #5984 | -116.59 | Dec 23 | 0970383380 | @6015 | -2,700.00 | Dec 01 | 0975935858 |

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

## Basic Business Checking

### Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #6016 | -1,106.48 | Dec 02 | 0430399688 | #6020 | -1,000.00 | Dec 13 | 0970825673 |
| #6017 | -1,215.79 | Dec 08 | 0970609045 | #6021 | -1,022.24 | Dec 19 | 0431077890 |
| #6018 | -617.75 | Dec 05 | 0970020704 | #6022 | -577.07 | Dec 20 | 0970560939 |
| #6019 | -2,700.00 | Dec 09 | 0970245866 | #6023 | -1,139.08 | Dec 21 | 0970630865 |
|  |  |  |  | @6026 | -1,000.00 | Dec 22 | 0970877067 |

**Total checks paid this statement period: -$13,195.00**
**Total number of checks paid this statement period: 11**

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 01 | -3.50 | VISA Facebk Ltknla2qy2 650-6187714 CA | 0F40020114 |
| Dec 01 | -497.52 | VISA Facebk Ktknla2qy2 650-6187714 CA | 0F48060138 |
| Dec 02 | -2.21 | VISA Foreign Transaction Fee Cd | 0F40822060 |
| Dec 02 | -25.00 | VISA Tele-direct Communic 916-3483000 CA | 0F49425625 |
| Dec 02 | -33.29 | VISA 4inkjets 800-465-5387 CA | 0F42821649 |
| Dec 02 | -73.50 | VISA Optiopublishing.com 9024443398 Cd | 0F43822060 |
| Dec 02 | -121.23 | VISA Dollar Rent A Car Harlingen TX | 0F48881183 |
| Dec 02 | -399.00 | VISA Focus Software Of Alabama 888-2476360 AL | 0F40408694 |
| Dec 05 | -22.63 | Pur 7-11 #3634 5003 N O'connor Irving TX | 0P60414900 |
| Dec 05 | -18.34 | VISA Dnh*godaddy.com 480-505-8855 AZ | 0F49946346 |
| Dec 05 | -96.05 | VISA Homewood Suites Brownsville TX | 0F48581850 |
| Dec 05 | -97.49 | VISA Google *svcsapps_mintb Cc@google.com CA | 0F46072454 |
| Dec 06 | -10.81 | VISA Amazon Digital Svcs 866-216-1072 WA | 0F41477376 |
| Dec 06 | -493.68 | VISA Southwes 5262469075801 800-435-9792 TX | 0F43294247 |
| Dec 07 | -345.00 | VISA Tele-direct Communic 916-3483000 CA | 0F49929915 |
| Dec 07 | -3,570.48 | VISA Align Technology San Jose CA | 0F48762772 |
| Dec 08 | -100.57 | VISA Holiday Inn Express & Su Edinburg TX | 0F40790859 |
| Dec 09 | -239.65 | VISA Legalzoom.com 888-3100151 CA | 0F41030032 |
| Dec 09 | -1,376.71 | VISA Sml Space Maintainers Lab 800-4233270 CA | 0F46324689 |
| Dec 12 | -18.34 | VISA Dnh*godaddy.com 480-5058855 AZ | 0F45050161 |
| Dec 12 | -18.34 | VISA Dnh*godaddy.com 480-5058855 AZ | 0F40050183 |
| Dec 12 | -232.68 | VISA Twc*time Warner Cable 888-twcable TX | 0F42057073 |
| Dec 14 | -59.00 | VISA Depositphotos Inc 954-9900075 FL | 0F46876699 |
| Dec 15 | -21.62 | Pmt Netflix CO Netflix Com Los Gatos CA | 0P68596398 |
| Dec 15 | -378.87 | VISA Yext *powerlistings 888-9218247 NY | 0F46030274 |
| Dec 16 | -159.88 | VISA Carestream Dental Llc 770-850-5000 GA | 0F46380369 |
| Dec 19 | -25.00 | Pmt Paypal *te 2211 North Firs San Jose CA | 0P66963215 |
| Dec 20 | -10.81 | Pmt Netflix CO Netflix Com Los Gatos CA | 0P66750796 |
| Dec 20 | -38.05 | VISA Chevron 0210268 Irving TX | 0F49302068 |
| Dec 21 | -32.06 | Pur Shell Serv Shell Service S Navasota TX | 0P60060360 |
| Dec 21 | -291.76 | VISA Starfish Pool Service 9726715011 TX | 0F41500658 |
| Dec 21 | -483.36 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F49448493 |
| Dec 22 | -1,729.00 | VISA Align Technology San Jose CA | 0F45380200 |
| Dec 23 | -73.29 | VISA Hyatt Regency Houston Gal Houston TX | 0F49284908 |
| Dec 27 | -29.06 | Pur Tiger Mart 301 Ih 35 NW Hillsboro TX | 0P60045900 |
| Dec 27 | -24.00 | Pur Pcc 2190 Pcc 2190 George West TX | 0P60355251 |
| Dec 27 | -1.40 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F48066184 |
| Dec 27 | -2.99 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F49369809 |
| Dec 27 | -67.10 | VISA Facebk Edvq5bwpy2 650-6187714 CA | 0F40030137 |
| Dec 27 | -682.95 | VISA Facebk Bdvq5bwpy2 650-6187714 CA | 0F49020180 |
| Dec 28 | -40.02 | Pur Sunoco 029 2100 W Trenton Edinburg TX | 0P60162300 |
| Dec 28 | -7.56 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F40873598 |

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

## Basic Business Checking:

### ATM/Debit Card transactions this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 28 | -123.13 | VISA Public Storage 28099 Carrollton TX | 0F49397300 |
| Dec 29 | -20.00 | VISA J2 *myfax Services 877-437-3607 CA | 0F45435907 |
| Dec 30 | -22.35 | VISA Kebabs To Go Carrollton TX | 0F44382689 |

**Total ATM/Debit Card Withdrawals: -$12,119.28**
**Total Number of ATM/Debit Card Withdrawals: 45**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Dec 02 | -386.20 | Bankcard-8566 Mtot Disc 161130 518089240716746 | | 9488974478 |
| Dec 02 | -107.25 | Bankcard-8566 Mtot Disc 161130 518089240786145 | | 9488974481 |
| Dec 02 | -99.27 | Bankcard 8076 Mtot Disc 161130 554402000130898 | | 9488971246 |
| Dec 09 | -33.90 | Cma Mrchnt Bill Mps Billng 120816 0s4276 | | 9488412247 |
| Dec 09 | -25.00 | Cma Mrchnt Bill Mps Billng 120816 0s6637 | | 9488412347 |
| Dec 12 | -27.75 | Forte Payments ACH Fees 161209 4758477 | | 9488994502 |
| Dec 12 | -26.65 | Forte Payments ACH Fees 161209 4758485 | | 9488994504 |
| Dec 12 | -26.55 | Forte Payments ACH Fees 161209 4758493 | | 9488994505 |
| Dec 15 | -23.95 | Vanco Payment Invoice 161215 Xi0d3ge51y2cr | | 9488308064 |
| Dec 16 | -65.00 | Kds Group Pllc Wf Payroll 161216 7158248 | | 9488703060 |
| Dec 19 | -10.95 | Comerica Online Billingfee 161219 | | 9488591631 |
| Dec 23 | -892.95 | Wells Fargo Busi Tax Col | | 9488837472 |
| Dec 27 | -355.94 | The Hartford Nwtbclscic 14595685 | | 9488476951 |
| Dec 27 | -67.70 | Kds Group Pllc Wf Payroll 161227 7158248 | | 9488037387 |
| Dec 28 | -218.09 | Windstream Wsc ACH 122716 | | 9488189705 |

**Total Electronic Withdrawals: -$2,367.15**
**Total Number of Electronic Withdrawals: 15**

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec 06 | -37.00 | Fee - Returned Item | 0970020709 |
| Dec 07 | -37.00 | Fee - Overdraft | 0F43294247 |
| Dec 13 | -31.00 | Service Charge | 0007515849 |

**Total Fees and Service Charges: -$105.00**
**Total Number of Fees and Service Charges: 3**

### Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Dec 23 | -5,800.00 | Phone Transfer To:  Xxxxxxxxxxx5257 | | ID03657 |
| Dec 27 | -3,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W54025958 |
| Dec 30 | -2,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W59044794 |

**Total Transferred to Other Accounts: -$10,800.00**
**Total Number of Transfers to Other Accounts: 3**

*Basic Business Checking* **statement**
**December 1, 2016 to December 31, 2016**

## Basic Business Checking:

 **Lowest daily balance**

Your lowest daily balance this statement period was **$605.30** on **December 30, 2016**.

*Basic Business Checking* **statement**
December 1, 2016 to December 31, 2016

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05        MEMBER FDIC
www.comerica.com

80717

lІ...l.l.l.ll....ll.l.l...ll..l
KDS GROUP PLLC  DBA
ADVANCED ORTHODONTICS STUDIO
DEBTOR IN POSSESSION
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

*Basic Business Checking*
statement

December 1, 2016 to December 31, 2016
Account number

## Account summary

| | |
|---|---:|
| **Beginning balance** on December 1, 2016 | **$100.00** |
| Plus deposits | |
| Paper deposits | $7,601.78 |
| Transfers from other accounts | $10,800.00 |
| Less withdrawals | |
| Checks | -$2,700.00 |
| Electronic (EFT) withdrawals | -$3,767.74 |
| Other withdrawals | -$8,200.00 |
| **Ending balance** on December 31, 2016 | **$3,834.04** |

**To contact us**

Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

Page **1** of 4

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

## *Basic Business Checking* account details:

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank | Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|---|---|---|---|
| Dec 12 | 41.67 | | 0430954321 | Dec 22 | 686.00 | | 0430308018 |
| Dec 14 | 1,281.67 | | 0430440488 | Dec 23 | 2,700.00 | | 0430481846 |
| Dec 16 | 1,678.94 | | 0430595001 | Dec 23 | 125.00 | | 0430484352 |
| Dec 19 | 913.00 | | 0431077891 | Dec 29 | 175.50 | | 0430541774 |

**Total Paper Deposits: $7,601.78**
**Total Number of Paper Deposits: 8**

### Transfer from other accounts this statement period

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Dec 23 | 5,800.00 | Phone Transfer From: Xxxxxxxxxxx8240 | ID03657 |
| Dec 27 | 3,000.00 | Web Funds Transfer From Account    Xxxxxx8240 | 0W54025958 |
| Dec 30 | 2,000.00 | Web Funds Transfer From Account    Xxxxxx8240 | 0W59044794 |

**Total Transferred from Other Accounts: $10,800.00**
**Total Number of Transfers from Other Accounts: 3**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|
| #994 | -2,700.00 | Dec 27 | 0971330269 |

**Total checks paid this statement period: -$2,700.00**
**Total number of checks paid this statement period: 1**

### Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Dec 23 | -1,867.74 | Wire # 104356 Bnf Rene Borrego  Fed # 000577 | | 9485001364 |
| Dec 27 | -1,900.00 | Modern Technolog Sale 161224 | | 9488610980 |

**Total Electronic Withdrawals: -$3,767.74**
**Total Number of Electronic Withdrawals: 2**

### Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Dec23 | -5,500.00 | Withdrawal | 0430481836 |
| Dec23 | -2,700.00 | Withdrawal | 0430456627 |

**Total Other Withdrawals: -$8,200.00**
**Total Number of Other Withdrawals: 2**

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

## Basic Business Checking:

 **Lowest daily balance**

Your lowest daily balance this statement period was **$100.00** on **December 1, 2016**.

*Basic Business Checking* statement
December 1, 2016 to December 31, 2016

# Basic Business Checking:

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05        MEMBER FDIC
www.comerica.com