B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re **Kds Group PLLC**
      Debtor

Case No. **16-42101**

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: **January/2017**              Date filed: **November/2017**

Line of Business: _____     NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_[signature]_
Original Signature of Responsible Party

**Marco A. Navarro**
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| # | Question | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☒ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☒ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | Yes | No |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 36,664.89

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month    $ 4,429.34

Cash on Hand at End of Month    $ 4,440.12

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    **TOTAL**   $ −$10.78

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 36,664.1

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*    $ 36,664.8

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*    $ 36,664.0

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 0.78

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 10,000.00

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 258,171.96

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  3

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $ 0.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $ 0.00

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 56,864 | $ 36,664.84 | $ 20,199.16 |
| EXPENSES | $ 56,864 | $ 36,664.06 | $ 20,199.94 |
| CASH PROFIT | $ | $ 0.78 | $ −0.80 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:  $ 60,000.00
TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:  $ 50,000
TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 10,000

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.**

80717

KDS GROUP PLLC  DBA
ADVANCED ORTHODONTICS STUDIO
DEBTOR IN POSSESSION
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

*Basic Business Checking* statement

January 1, 2017 to January 31, 2017
Account number               5257

## Account summary

| | |
|---|---:|
| **Beginning balance on January 1, 2017** | **$3,834.04** |
| Plus deposits | |
| Electronic deposits | $3,843.31 |
| Paper deposits | $6,793.95 |
| Transfers from other accounts | $22,500.00 |
| Less withdrawals | |
| Checks | -$19,780.13 |
| ATM/Debit Card withdrawals | -$11,289.48 |
| Electronic (EFT) withdrawals | -$1,593.20 |
| Fees and service charges | -$33.50 |
| **Ending balance on January 31, 2017** | **$4,274.99** |

**To contact us**

Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**

The Account Balance Fee for this statement period for this account is $0.00/$1,000.

Thank you

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

## *Basic Business Checking* account detail     5257

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Jan 04 | 752.44 | Forte Funding 170103 +1.469.675.9920 | | 9488874408 |
| Jan 17 | 211.04 | Bankcard-8566 Mtot Dep 170113 518089240786145 | | 9488124329 |
| Jan 19 | 150.00 | Bankcard-8566 Mtot Dep 170118 518089240786145 | | 9488802891 |
| Jan 23 | 1,014.28 | Bankcard-8566 Btot Dep 170120 518089240786145 | | 9488081059 |
| Jan 24 | 569.71 | Forte Funding 170123 +1.469.675.9920 | | 9488297755 |
| Jan 27 | 166.67 | Bankcard-8566 Mtot Dep 170126 518089240786145 | | 9488607432 |
| Jan 31 | 979.17 | Bankcard-8566 Mtot Dep 170130 518089240786145 | | 9488549652 |

**Total Electronic Deposits: $3,843.31**
**Total Number of Electronic Deposits: 7**

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank | Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|---|---|---|---|
| Jan 06 | 176.00 | | 0430557030 | Jan 19 | 260.00 | | 0430449259 |
| Jan 06 | 120.00 | | 0430557040 | Jan 20 | 420.00 | | 0430517424 |
| Jan 10 | 126.05 | | 0430384924 | Jan 24 | 1,976.90 | | 0430545207 |
| Jan 10 | 41.67 | | 0430545162 | Jan 24 | 240.00 | | 0430525489 |
| Jan 12 | 1,183.56 | | 0430440632 | Jan 27 | 415.00 | | 0430507882 |
| Jan 12 | 157.75 | | 0430335186 | Jan 27 | 77.50 | | 0430507874 |
| Jan 17 | 953.07 | | 0431302511 | Jan 31 | 176.00 | | 0430542358 |
| Jan 18 | 420.00 | | 0430452738 | Jan 31 | 50.45 | | 0430542360 |

**Total Paper Deposits: $6,793.95**
**Total Number of Paper Deposits: 16**

### Transfer from other accounts this statement period

| Date | Amount | Activity | | Bank reference number |
|---|---|---|---|---|
| Jan 09 | 6,000.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W52007152 |
| Jan 10 | 600.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W55086899 |
| Jan 13 | 350.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W53014005 |
| Jan 17 | 4,700.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W52029450 |
| Jan 20 | 500.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W59023971 |
| Jan 25 | 850.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W59043276 |
| Jan 26 | 500.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W58032925 |
| Jan 27 | 4,000.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W57026202 |
| Jan 31 | 5,000.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W59074906 |

**Total Transferred from Other Accounts: $22,500.00**
**Total Number of Transfers from Other Accounts: 9**

### Checks paid this statement period

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #6001 | -1,100.00 | Jan 03 | 0430584756 | #6002 | -620.00 | Jan 04 | 0970838894 |

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

## Basic Business Checking: ⊦5257

### Checks paid this statement period (continued)

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #6003 | -1,200.00 | Jan 04 | 0970838882 | @6012 | -1,000.00 | Jan 23 | 0971346918 |
| #6004 | -527.00 | Jan 06 | 0970862015 | #6013 | -2,700.00 | Jan 25 | 0970620711 |
| @6006 | -3,148.13 | Jan 17 | 0971803381 | #6014 | -500.00 | Jan 30 | 0430888900 |
| #6007 | -2,700.00 | Jan 11 | 0970101118 | #6015 | -165.00 | Jan 24 | 0430544895 |
| #6008 | -1,050.00 | Jan 17 | 0431321142 | @6017 | -1,110.00 | Jan 27 | 0430507829 |
| #6009 | -720.00 | Jan 17 | 0431321141 | #6018 | -620.00 | Jan 31 | 0970395611 |
| #6010 | -1,420.00 | Jan 17 | 0431321140 | #6019 | -1,200.00 | Jan 31 | 0970395609 |

**Total checks paid this statement period: -$19,780.13**
**Total number of checks paid this statement period: 16**

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan05 | -99.28 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F48133743 |
| Jan09 | -60.50 | VISA 7-eleven 25080 Dallas TX | 0F45662961 |
| Jan09 | -99.14 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F45554605 |
| Jan09 | -34.64 | VISA Marriott Jw Houston Houston TX | 0F44290050 |
| Jan09 | -64.02 | VISA Circle K # 03310 Houston TX | 0F45313068 |
| Jan09 | -124.66 | VISA Google *svcsapps_mintb Cc@google.com CA | 0F45811818 |
| Jan10 | -52.85 | VISA Chevron 0370965 Palmer TX | 0F45491322 |
| Jan11 | -35.74 | VISA MI Cocina Lc 00002139 Irving TX | 0F46560445 |
| Jan11 | -131.10 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F43388550 |
| Jan12 | -70.05 | VISA Chevron 0302508 Houston TX | 0F43295935 |
| Jan13 | -2.00 | VISA Crowne Plaza Houston Houston TX | 0F45690879 |
| Jan13 | -3,458.00 | VISA Align Technology San Jose CA | 0F42380747 |
| Jan17 | -250.00 | VISA Lanning Property Inspecti 972-8806305 TX | 0F44615405 |
| Jan18 | -1.00 | VISA Mint Orthodontics Houston TX | 0F48200971 |
| Jan18 | -1.00 | VISA Mint Orthodontics Houston TX | 0F48600431 |
| Jan18 | -77.99 | VISA Vistapr*vistaprint.com 866-8936743 MA | 0F47254846 |
| Jan20 | -378.87 | VISA Yext *powerlistings 888-9218247 NY | 0F49020178 |
| Jan23 | -571.10 | VISA Midwest Dental 940-322-4592 TX | 0F42104413 |
| Jan23 | -175.96 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F40258337 |
| Jan25 | -223.40 | VISA Public Storage 28099 Carrollton TX | 0F46890535 |
| Jan25 | -171.51 | VISA Pln*priceline Hotels 800-657-9168 CT | 0F40420472 |
| Jan25 | -83.00 | VISA The West End Houston TX | 0F48382016 |
| Jan26 | -29.99 | VISA Www.1and1.com 877-461-2631 PA | 0F46882508 |
| Jan27 | -165.98 | VISA Simply Storage Carrol Carrollton TX | 0F41887483 |
| Jan27 | -6.48 | VISA Simply Storage Carrol Carrollton TX | 0F48889364 |
| Jan30 | -34.42 | VISA The Home Depot #0551 Plano TX | 0F40551482 |
| Jan30 | -9.41 | VISA Wendy's #5502 Plano TX | 0F41572928 |
| Jan30 | -13.76 | VISA 7-eleven 36349 Irving TX | 0F42795039 |
| Jan30 | -8.92 | VISA The Home Depot #0551 Plano TX | 0F47580883 |
| Jan30 | -15.13 | VISA Wendy's #5502 Plano TX | 0F44332976 |
| Jan30 | -15.58 | VISA Simply Storage Carrol Carrollton TX | 0F42539893 |
| Jan30 | -638.75 | VISA Ab Moving Plano TX | 0F48851646 |
| Jan30 | -250.00 | VISA Lanning Property Inspecti 972-8806305 TX | 0F48202394 |
| Jan30 | -710.00 | VISA Ab Moving Plano TX | 0F43321033 |
| Jan30 | -664.45 | VISA Facebk U8ntvbeqy2 650-6187714 CA | 0F47080191 |
| Jan30 | -85.60 | VISA Facebk W8ntvbeqy2 650-6187714 CA | 0F48020006 |
| Jan30 | -111.50 | VISA Simply Storage Carrol Carrollton TX | 0F43648208 |
| Jan30 | -285.75 | VISA Ab Moving Plano TX | 0F42730216 |
| Jan30 | -3.25 | VISA Mcdonald's M7243 Of TX Dallas TX | 0F43027140 |
| Jan30 | -242.76 | VISA The Home Depot #0551 Plano TX | 0F42362372 |

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

# Basic Business Checking:    ₁5257

## ATM/Debit Card transactions this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 30 | -19.24 | VISA Wendy's #5502 Plano TX | 0F46761739 |
| Jan 30 | -32.16 | VISA El Portal Colombian Bak Carrollton TX | 0F49321986 |
| Jan 30 | -43.76 | VISA Fish City Grill Ir Irving TX | 0F46970293 |
| Jan 31 | -126.60 | VISA The Home Depot #6557 Irving TX | 0F45852250 |
| Jan 31 | -11.00 | VISA Pln*priceline Rental 888-837-3774 CT | 0F45772950 |
| Jan 31 | -79.29 | VISA Champps #65219 Irving TX | 0F44370059 |
| Jan 31 | -239.21 | VISA Frys Electronics #37 Irving TX | 0F46001649 |
| Jan 31 | -736.40 | VISA IN *modern Technology 956-2459274 TX | 0F40322422 |
| Jan 31 | -270.00 | VISA Ab Moving Plano TX | 0F46392048 |
| Jan 31 | -144.00 | VISA Ab Moving Plano TX | 0F43362015 |
| Jan 31 | -101.05 | VISA Simply Storage Carrol Carrollton TX | 0F41083023 |
| Jan 31 | -29.23 | VISA Lin's Asian Buffet Carrollton TX | 0F44702976 |

**Total ATM/Debit Card Withdrawals: -$11,289.48**
**Total Number of ATM/Debit Card Withdrawals: 52**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Jan 03 | -445.00 | Time Warner Cabl Tw Cable 122916 | | 9488183444 |
| Jan 09 | -469.01 | Time Warner Cabl Tw Cable 010617 | | 9488612040 |
| Jan 10 | -30.90 | Forte Payments ACH Fees 170109 4787889 | | 9488961204 |
| Jan 17 | -116.55 | Cpenergy Entex Ent ACH Eb | | 9488090090 |
| Jan 26 | -391.74 | Comcast Cable 170125 | | 9488665441 |
| Jan 27 | -140.00 | Return Item Chargeback 170127 000000000000000 | | 9488263079 |

**Total Electronic Withdrawals: -$1,593.20**
**Total Number of Electronic Withdrawals: 6**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 13 | -33.50 | Service Charge | 0004340667 |

**Total Fees and Service Charges: -$33.50**
**Total Number of Fees and Service Charges: 1**

 ## Lowest daily balance

Your lowest daily balance this statement period was **$891.20**
on **January 6, 2017**.

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

## Basic Business Checking    5257

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
<u>Reporting Errors and Unauthorized Transactions</u>
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05

Comerica
www.comerica.com

MEMBER FDIC

80717

KDS GROUP PLLC DBA
ADVANCED ORTHODONTICS STUDIO
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

## *Basic Business Checking* statement

January 1, 2017 to January 31, 2017
Account number                8240

## Account summary

| | |
|---|---:|
| **Beginning balance on January 1, 2017** | **$605.30** |
| Plus deposits | |
| Electronic deposits | $25,887.58 |
| Paper deposits | $140.00 |
| Less withdrawals | |
| ATM/Debit Card withdrawals | -$1,896.53 |
| Electronic (EFT) withdrawals | -$1,305.08 |
| Other withdrawals | -$678.14 |
| Fees and service charges | -$88.00 |
| Transfers to other accounts | -$22,500.00 |
| **Ending balance on January 31, 2017** | **$165.13** |

**To contact us**

Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

**Important information**
The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

**Basic Business Checking statement**
January 1, 2017 to January 31, 2017

## Basic Business Checking account details          8240

### Electronic deposits this statement period

| Date | Amount | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Jan 03 | 1,709.11 | Bankcard-8566 Mtot Dep 161230 518089240716746 | | 9488712702 |
| Jan 03 | 1,435.03 | Bankcard-8566 Mtot Dep 161230 518089240716746 | | 9488254764 |
| Jan 04 | 2,113.79 | Bankcard-8566 Mtot Dep 170103 518089240716746 | | 9488871704 |
| Jan 04 | 1.20 | Cma Mrchnt Sett Net Credit 010417 Chain 0s4276 | | 9488191350 |
| Jan 04 | 1.20 | Cma Mrchnt Sett Net Setlmt 010417 Chain 0s6637 | | 9488191461 |
| Jan 04 | 1.20 | Cma Mrchnt Sett Net Setlmt 010417 Chain 0s6636 | | 9488191464 |
| Jan 05 | 475.00 | Bankcard-8566 Mtot Dep 170104 518089240716746 | | 9488373143 |
| Jan 06 | 332.00 | Bankcard-8566 Mtot Dep 170105 518089240716746 | | 9488434296 |
| Jan 09 | 1,753.88 | Bankcard-8566 Mtot Dep 170106 518089240716746 | | 9488517598 |
| Jan 09 | 400.00 | Bankcard-8566 Btot Dep 170106 518089240786145 | | 9488829605 |
| Jan 09 | 100.00 | Bankcard-8566 Btot Dep 170106 518089240716746 | | 9488829603 |
| Jan 11 | 220.00 | Bankcard-8566 Btot Dep 170110 518089240716746 | | 9488857407 |
| Jan 12 | 150.00 | Bankcard 8076 Btot Dep 170111 554402000130898 | | 9488942165 |
| Jan 17 | 3,974.81 | Bankcard-8566 Mtot Dep 170113 518089240716746 | | 9488339721 |
| Jan 17 | 1,091.15 | Bankcard-8566 Mtot Dep 170113 518089240716746 | | 9488944294 |
| Jan 18 | 200.00 | Bankcard 8076 Btot Dep 170117 554402000130898 | | 9488514181 |
| Jan 20 | 285.00 | Bankcard 8076 Btot Dep 170119 554402000130898 | | 9488701447 |
| Jan 23 | 207.88 | Bankcard-8566 Mtot Dep 170120 518089240716746 | | 9488778249 |
| Jan 25 | 925.00 | Bankcard 8076 Btot Dep 170124 554402000130898 | | 9488334573 |
| Jan 26 | 441.67 | Bankcard-8566 Btot Dep 170125 518089240716746 | | 9488383801 |
| Jan 26 | 300.00 | Bankcard 8076 Btot Dep 170125 554402000130898 | | 9488384210 |
| Jan 27 | 4,005.64 | Bankcard-8566 Mtot Dep 170126 518089240716746 | | 9488607430 |
| Jan 27 | 80.00 | Bankcard 8076 Btot Dep 170126 554402000130898 | | 9488607853 |
| Jan 30 | 4,338.31 | Synchrony Bank Btot Dep 170127 534812028590020 | | 9488528145 |
| Jan 30 | 747.38 | Bankcard-8566 Mtot Dep 170127 518089240716746 | | 9488540668 |
| Jan 30 | 260.00 | Bankcard 8076 Btot Dep 170127 554402000130898 | | 9488862488 |
| Jan 30 | 200.00 | Bankcard-8566 Mtot Dep 170127 518089240716746 | | 9488868147 |
| Jan 30 | 138.33 | Bankcard-8566 Mtot Dep 170127 518089240716746 | | 9488868148 |

**Total Electronic Deposits: $25,887.58**
**Total Number of Electronic Deposits: 28**

### Paper deposits this statement period

| Date | Amount ($) | Reference numbers Customer | Bank |
|---|---|---|---|
| Jan 04 | 140.00 | | 0430537701 |

**Total Paper Deposits: $140.00**
**Total Number of Paper Deposits: 1**

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan03 | -73.50 | VISA Optiopublishing.com 9024443398 Cd | 0F47382620 |
| Jan03 | -1.50 | VISA Mint Orthodontics Edinburg TX | 0F45201081 |
| Jan03 | -2.14 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F42777342 |
| Jan03 | -2.21 | VISA Foreign Transaction Fee Cd | 0F40382620 |
| Jan03 | -7.57 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F40428799 |
| Jan03 | -38.39 | VISA Facebk Azv2mbeqy2 650-6187714 CA | 0F46030118 |
| Jan03 | -177.46 | VISA Tele-direct Communic 916-6686194 CA | 0F46934403 |
| Jan03 | -229.67 | VISA Facebk 9zv2mbeqy2 650-6187714 CA | 0F45050051 |
| Jan04 | -1.20 | VISA Mint Orthodontics Houston TX | 0F46401372 |
| Jan04 | -1.20 | VISA Advanced Orthodontics Stu Sugar Land TX | 0F43001500 |
| Jan04 | -1.20 | VISA Advanced Orthodonics Irving TX | 0F43001501 |
| Jan04 | -1.20 | VISA Advanced Orthodontics Stu Dallas TX | 0F45200765 |

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

# Basic Business Checking: 8240

## ATM/Debit Card transactions this statement period (continued)

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 06 | -345.00 | VISA Tele-direct Communic 916-6686194 CA | 0F41045350 |
| Jan 06 | -10.81 | VISA Amazon Digital Svcs 866-216-1072 WA | 0F45782807 |
| Jan 09 | -192.10 | VISA Homewood Suites Brownsville TX | 0F42851743 |
| Jan 09 | -239.64 | VISA Legalzoom.com 888-3100151 CA | 0F45020053 |
| Jan 11 | -10.81 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F46009707 |
| Jan 11 | -4.32 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F42617930 |
| Jan 13 | -59.00 | VISA Depositphotos Inc 954-9900075 FL | 0F49673761 |
| Jan 17 | -21.62 | Pmt Netflix CO Netflix Com   Los Gatos   CA | 0P69782689 |
| Jan 18 | -159.88 | VISA Carestream Dental Llc 770-850-5000 GA | 0F44881181 |
| Jan 20 | -110.64 | VISA Midwest Dental 940-322-4592 TX | 0F48789491 |
| Jan 20 | -10.81 | Pmt Netflix CO Netflix Com   Los Gatos   CA | 0P61711134 |
| Jan 23 | -2.15 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F41688184 |
| Jan 23 | -2.99 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F42645738 |
| Jan 24 | -189.52 | VISA Starfish Pool Service 9726715011 TX | 0F40046541 |

**Total ATM/Debit Card Withdrawals: -$1,896.53**
**Total Number of ATM/Debit Card Withdrawals: 26**

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Jan 03 | -527.78 | Bankcard-8566 Mtot Disc 161231 518089240716746 | | 9488418865 |
| Jan 03 | -112.93 | Bankcard 8076 Mtot Disc 161231 554402000130898 | | 9488419385 |
| Jan 03 | -57.83 | Bankcard-8566 Mtot Disc 161231 518089240786145 | | 9488418872 |
| Jan 04 | -16.45 | Authnet Gateway Billing 94183941 | | 9488276642 |
| Jan 04 | -16.45 | Authnet Gateway Billing 94284496 | | 9488276829 |
| Jan 04 | -16.45 | Authnet Gateway Billing 94284966 | | 9488276834 |
| Jan 04 | -16.45 | Authnet Gateway Billing 94284968 | | 9488276836 |
| Jan 04 | -15.97 | Authnet Gateway Billing 94282681 | | 9488276824 |
| Jan 04 | -15.97 | Authnet Gateway Billing 94282680 | | 9488276823 |
| Jan 10 | -49.95 | Cma Mrchnt Bill Mps Billng 010717 0s6637 | | 9488964717 |
| Jan 10 | -33.90 | Cma Mrchnt Bill Mps Billng 010717 0s4276 | | 9488964617 |
| Jan 10 | -27.45 | Forte Payments ACH Fees 170109 4787905 | | 9488961207 |
| Jan 10 | -25.55 | Forte Payments ACH Fees 170109 4787897 | | 9488961206 |
| Jan 10 | -24.95 | Cma Mrchnt Bill Mps Billng 010717 0s6636 | | 9488964716 |
| Jan 17 | -23.95 | Vanco Payment Invoice 170117 Xi0d3n9c1z60d | | 9488279355 |
| Jan 19 | -10.95 | Comerica Online Billingfee 170119 | | 9488733893 |
| Jan 26 | -217.35 | Windstream Wsc ACH 012517 | | 9488628656 |
| Jan 26 | -94.75 | Kds Group Pllc Wf Payroll 170126 7158248 | | 9488633917 |

**Total Electronic Withdrawals: -$1,305.08**
**Total Number of Electronic Withdrawals: 18**

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 27 | -678.14 | Debit Paid  -  Account Overdrawn | 9488095270 |

**Total Other Withdrawals: -$678.14**
**Total Number of Other Withdrawals: 1**

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

## Basic Business Checking: 8240

### Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Jan 13 | -14.00 | Service Charge | 0004342639 |
| Jan 27 | -37.00 | Fee - Overdraft | 9488095270 |
| Jan 30 | -37.00 | Fee - Overdraft | 0W57026202 |

**Total Fees and Service Charges: -$88.00**
**Total Number of Fees and Service Charges: 3**

### Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Jan 09 | -6,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W52007152 |
| Jan 10 | -600.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W55086899 |
| Jan 13 | -350.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W53014005 |
| Jan 17 | -4,700.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W52029450 |
| Jan 20 | -500.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W59023971 |
| Jan 25 | -850.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W59043276 |
| Jan 26 | -500.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W58032925 |
| Jan 27 | -4,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W57026202 |
| Jan 31 | -5,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W59074906 |

**Total Transferred to Other Accounts: -$22,500.00**
**Total Number of Transfers to Other Accounts: 9**

### Lowest daily balance

Your lowest daily balance this statement period was **$-481.89** on **January 27, 2017**.

*Basic Business Checking* statement
January 1, 2017 to January 31, 2017

## Basic Business Checking:  8240

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**
**Reporting Errors and Unauthorized Transactions**
**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05

Comerica
www.comerica.com

MEMBER FDIC