

B 25C (Official Form 25C) (12-08)

# UNITED STATES BANKRUPTCY COURT

In re _Kds - Group PLLC ._
_____
Debtor

Case No. _16 - 42101_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _February 2017_

Date filed: _November/2017_

Line of Business: _____

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Marco A. Navarro_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☐ | ☑ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?    ☐    ☑

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?    ☐    ☑

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?    ☐    ☑

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?    ☐    ☑

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?    ☐    ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?    ☑    ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 40,645.18

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 4,440.12

Cash on Hand at End of Month   $ 9,792.70

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 1,536.60

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 38,225.71

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 40,645.18

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 38,225.71

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ 2,419.47

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ *17,000.00*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ *253,759*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?    *3*

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?    *6*

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ *0.00*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $ *0.00*

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?    $ *0.00*

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?    $

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ 56,864.00 | $ 40,645.18 | $ 16,218.82 |
| EXPENSES | $ 56,864.00 | $ 38,225.71 | $ 18,638.29 |
| CASH PROFIT | $ | $ 2,419.47 | $ -2,419.47 |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:             $ 65,000.00

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $ 56,864.00

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:     $ 8,136.00

## ADDITIONAL INFORMATION

**PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.**

1:15 PM
03/14/17
Cash Basis

**Advanced Orthodontic Studio**
**Transaction Detail by Account**
**February 2017**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | | | | | | | |
| **Income** | | | | | | | | | | |
| **Dentaquest** | | | | | | | | | | |
| Deposit | 02/24/2017 | | Patients payments | Deposit | | | Comerica Ban... | -12.24 | -12.24 | -12.24 |
| **Total Dentaquest** | | | | | | | | | | -12.24 |
| **Gross Income - Private Pay** | | | | | | | | | | |
| Deposit | 02/01/2017 | | Forte Funding | EOD 1/25/20... | | | Comerica Ban... | 752.44 | 752.44 | 752.44 |
| Deposit | 02/02/2017 | | BANKCARD | EOD Sugarta... | | | Comerica Ban... | 128.08 | 128.08 | 880.52 |
| Deposit | 02/02/2017 | | Patients payments | Eod 1/31/17... | | | Comerica Ban... | 200.00 | 200.00 | 1,080.52 |
| Deposit | 02/03/2017 | | BANKCARD | Eod Dallas I... | | | Comerica Ban... | 941.94 | 941.94 | 2,022.46 |
| Deposit | 02/03/2017 | | BANKCARD | Eod Col / Ele... | | | Comerica Ban... | 867.11 | 867.11 | 2,889.57 |
| Check | 02/03/2017 | | Patients payments | VOID: Eod 2/... | | X | Comerica Ban... | 0.00 | 0.00 | 2,889.57 |
| Deposit | 02/03/2017 | | Patients payments | Dallas Eod 2... | | | Comerica Ban... | 80.00 | 80.00 | 2,969.57 |
| Deposit | 02/03/2017 | | Patients payments | Dallas Eod 2... | | | Comerica Ban... | 200.00 | 200.00 | 3,169.57 |
| Deposit | 02/06/2017 | | BANKCARD | Eod Colinas... | | | Comerica Ban... | 117.52 | 117.52 | 3,287.09 |
| Deposit | 02/06/2017 | | BANKCARD | EOD 2/3/17... | | | Comerica Ban... | 235.00 | 235.00 | 3,522.09 |
| Deposit | 02/06/2017 | | BANKCARD | EOD 2/2/17... | | | Comerica Ban... | 2,132.67 | 2,132.67 | 5,654.76 |
| Deposit | 02/07/2017 | | BANKCARD | Sugarland E... | | | Comerica Ban... | 325.00 | 325.00 | 5,979.76 |
| Deposit | 02/07/2017 | | BANKCARD | Col Eod 2/5/... | | | Comerica Ban... | 200.00 | 200.00 | 6,179.76 |
| Deposit | 02/07/2017 | | BANKCARD | Dallas 2/5/17... | | | Comerica Ban... | 843.60 | 843.60 | 7,023.36 |
| Deposit | 02/08/2017 | | Patients payments | Eod 2/7/17 S... | | | Comerica Ban... | 187.50 | 187.50 | 7,210.86 |
| Deposit | 02/09/2017 | | BANKCARD | Eod Sugarla... | | | Comerica Ban... | 115.00 | 115.00 | 7,325.86 |
| Deposit | 02/09/2017 | | BANKCARD | Eod Col 2/6/... | | | Comerica Ban... | 2,000.00 | 2,000.00 | 9,325.86 |
| Deposit | 02/10/2017 | | Patients payments | Eod Dallas 2... | | | Comerica Ban... | 160.00 | 160.00 | 9,485.86 |
| Deposit | 02/10/2017 | | Patients payments | Eod 2/9/17 Col | | | Comerica Ban... | 300.00 | 300.00 | 9,785.86 |
| Deposit | 02/13/2017 | | BANKCARD | Eod Dallas 2... | | | Comerica Ban... | 112.50 | 112.50 | 9,898.36 |
| Deposit | 02/13/2017 | | BANKCARD | Eod 2/8/17 c... | | | Comerica Ban... | 200.00 | 200.00 | 10,098.36 |
| Deposit | 02/13/2017 | | BANKCARD | Eod 2/11/17... | | | Comerica Ban... | 155.00 | 155.00 | 10,253.36 |
| Deposit | 02/13/2017 | | BANKCARD | Eod Sugalra... | | | Comerica Ban... | 120.00 | 120.00 | 10,373.36 |
| Deposit | 02/13/2017 | | BANKCARD | Eod 2/9/17 D... | | | Comerica Ban... | 725.00 | 725.00 | 11,098.36 |
| Deposit | 02/13/2017 | | BANKCARD | Eod Col 2/9/... | | | Comerica Ban... | 548.61 | 548.61 | 11,646.97 |
| Deposit | 02/13/2017 | | Synchrony Bank- | Eod Col 2/10... | | | Comerica Op... | 2,600.00 | 2,600.00 | 14,246.97 |
| Deposit | 02/15/2017 | | BANKCARD | Dallas Eod 2... | | | Comerica Ban... | 100.00 | 100.00 | 14,346.97 |
| Deposit | 02/17/2017 | | Patients payments | Eod 2/15/17... | | | Comerica Ban... | 41.67 | 41.67 | 14,388.64 |
| Deposit | 02/17/2017 | | BANKCARD | Electronics P... | | | Comerica Ban... | 2,377.53 | 2,377.53 | 16,766.17 |
| Deposit | 02/17/2017 | | BANKCARD | Electronics P... | | | Comerica Ban... | 1,225.41 | 1,225.41 | 17,991.58 |
| Deposit | 02/17/2017 | | BANKCARD | Electronics P... | | | Comerica Ban... | 1,058.88 | 1,058.88 | 19,050.46 |
| Deposit | 02/17/2017 | | BANKCARD | Sugarland 2... | | | Comerica Ban... | 150.00 | 150.00 | 19,200.46 |
| Deposit | 02/21/2017 | | Patients payments | Colinas Eod... | | | Comerica Ban... | 1,033.36 | 1,033.36 | 20,233.82 |
| Deposit | 02/21/2017 | | BANKCARD | Eod Colinas... | | | Comerica Ban... | 5,260.00 | 5,260.00 | 25,493.82 |
| Deposit | 02/21/2017 | | BANKCARD | Eod 2/16/17... | | | Comerica Ban... | 135.00 | 135.00 | 25,628.82 |
| Deposit | 02/21/2017 | | Patients payments | Bankdep. Eo... | | | Comerica Ban... | 79.00 | 79.00 | 25,707.82 |
| Deposit | 02/21/2017 | | Patients payments | Bankdep. Eo... | | | Comerica Ban... | 552.40 | 552.40 | 26,260.22 |
| Deposit | 02/21/2017 | | Patients payments | Bankdep. Eo... | | | Comerica Ban... | 176.87 | 176.87 | 26,437.09 |
| Deposit | 02/22/2017 | | BANKCARD | EOD Sugarta... | | | Comerica Ban... | 300.00 | 300.00 | 26,737.09 |
| Deposit | 02/23/2017 | | BANKCARD | Eod Dallas 2... | | | Comerica Ban... | 100.00 | 100.00 | 26,837.09 |
| Deposit | 02/23/2017 | | Synchrony Bank- | Eod Dallas... | | | Comerica Ban... | 444.20 | 444.20 | 27,281.29 |

1:15 PM
03/14/17
Cash Basis

# Advanced Orthodontic Studio
## Transaction Detail by Account
### February 2017

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Deposit | 02/23/2017 | | Patients payments | Eod Sugarla... | | | Comerica Ban... | 100.00 | 100.00 | 27,381.29 |
| Deposit | 02/24/2017 | | BANKCARD | Eod 2/22/17 ... | | | Comerica Ban... | 1,095.00 | 1,095.00 | 28,476.29 |
| Deposit | 02/24/2017 | | BANKCARD | Eod 2/22/17 cc | | | Comerica Ban... | 300.00 | 300.00 | 28,776.29 |
| Deposit | 02/24/2017 | | Patients payments | Eod 2/23/17 ... | | | Comerica Ban... | 335.09 | 335.09 | 29,111.38 |
| Deposit | 02/27/2017 | | BANKCARD | EOD Sugarla... | | | Comerica Ban... | 80.00 | 80.00 | 29,191.38 |
| Deposit | 02/27/2017 | | BANKCARD | Eod Dallas 2 ... | | | Comerica Ban... | 815.00 | 815.00 | 30,006.38 |
| Deposit | 02/27/2017 | | BANKCARD | Eod 2/24/17 cc | | | Comerica Ban... | 2,825.00 | 2,825.00 | 32,831.38 |
| Deposit | 02/27/2017 | | BANKCARD | EOD Colinas... | | | Comerica Ban... | 2,591.66 | 2,591.66 | 35,423.04 |
| Deposit | 02/27/2017 | | Synchrony Bank- | Eod 2/22/17 ... | | | Comerica Ban... | 200.00 | 200.00 | 35,623.04 |
| Deposit | 02/27/2017 | | BANKCARD | Electronic Pa... | | | Comerica Ban... | 2,033.85 | 2,033.85 | 37,656.89 |
| Deposit | 02/27/2017 | | BANKCARD | Electronic Pa... | | | Comerica Ban... | 1,360.80 | 1,360.80 | 39,017.69 |
| Deposit | 02/27/2017 | | BANKCARD | Electronic Pa... | | | Comerica Ban... | 260.00 | 260.00 | 39,277.69 |
| Deposit | 02/28/2017 | | Patients payments | Dallas Eod 2... | | | Comerica Ban... | 585.00 | 585.00 | 39,862.69 |
| Deposit | 02/28/2017 | | Patients payments | Sugarland 2/... | | | Comerica Ban... | 41.61 | 41.61 | 39,904.30 |
| **Total Gross Income - Private Pay** | | | | | | | | | 39,904.30 | 39,904.30 |
| **Total Income** | | | | | | | | | 39,892.06 | 39,892.06 |
| **Cost of Goods Sold** | | | | | | | | | | |
| **Dental Supplies** | | | | | | | | | | |
| Check | 02/01/2017 | | Midwest Dental | Clinical suppl... | | | Comerica Ban... | 141.46 | 141.46 | 141.46 |
| Check | 02/06/2017 | | Midwest Dental | Dental Suppl... | | | Comerica Ban... | 314.20 | 314.20 | 455.66 |
| Check | 02/10/2017 | | Midwest Dental | Dental Material | | | Comerica Ban... | 39.79 | 39.79 | 495.45 |
| Check | 02/21/2017 | | Paypal | Dental suppli... | | | Comerica Ban... | 152.00 | 152.00 | 647.45 |
| **Total Dental Supplies** | | | | | | | | | 647.45 | 647.45 |
| **Total COGS** | | | | | | | | | 647.45 | 647.45 |
| **Gross Profit** | | | | | | | | | 39,244.61 | 39,244.61 |
| **Expense** | | | | | | | | | | |
| **Merchant Account** | | | | | | | | | | |
| Check | 02/02/2017 | | Forte Payment Sys... | Merchant Ac... | | | Comerica Ban... | 82.91 | 82.91 | 82.91 |
| Check | 02/02/2017 | | Forte Payment Sys... | Merchant ac... | | | Comerica Ban... | 355.33 | 355.33 | 438.24 |
| Check | 02/02/2017 | | Forte Payment Sys... | Merchant ac... | | | Comerica Ban... | 104.21 | 104.21 | 542.45 |
| Check | 02/02/2017 | | Authnet Gateway b... | | | | | Comerica Op... | 20.25 | 20.25 | 562.70 |
| Check | 02/08/2017 | | CMA | Merchant ac... | | | Comerica Op... | 0.23 | 0.23 | 562.93 |
| Check | 02/08/2017 | | CMA | Merchant ac... | | | Comerica Op... | 0.23 | 0.23 | 563.16 |
| Check | 02/08/2017 | | CMA | Merchant ac... | | | Comerica Op... | 0.23 | 0.23 | 563.39 |
| Deposit | 02/09/2017 | | CMA | Refund | | | Comerica Op... | -13.60 | -13.60 | 549.79 |
| Deposit | 02/09/2017 | | CMA | Refund | | | Comerica Op... | -1.72 | -1.72 | 548.07 |
| Check | 02/09/2017 | | CMA | Merchant ac... | | | Comerica Op... | 8.28 | 8.28 | 556.35 |
| Check | 02/10/2017 | | Forte Payment Sys... | Merchant ac... | | | Comerica Ban... | 31.25 | 31.25 | 587.60 |
| Check | 02/10/2017 | | Forte Payment Sys... | Forte Payme... | | | Comerica Ban... | 62.00 | 62.00 | 649.60 |
| Check | 02/10/2017 | | Forte Payment Sys... | Merchant ac... | | | Comerica Ban... | 61.85 | 61.85 | 711.45 |
| Deposit | 02/13/2017 | | Synchrony Bank | Eod Col 2/10... | | | Comerica Op... | 225.40 | 225.40 | 936.85 |
| Check | 02/15/2017 | | Vanco | Merchant ac... | | | Comerica Op... | 23.95 | 23.95 | 960.80 |
| Check | 02/17/2017 | | Authnet Gateway b... | | | | X | Comerica Op... | 35.43 | 35.43 | 996.23 |

1:15 PM
03/14/17
Cash Basis

# Advanced Orthodontic Studio
## Transaction Detail by Account
### February 2017

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 02/17/2017 | | Authnet Gateway b... | VOID: | | X | Comerica Op... | 0.00 | 0.00 | 996.23 |
| Check | 02/17/2017 | | Authnet Gateway b... | VOID: | | X | Comerica Op... | 0.00 | 0.00 | 996.23 |
| Check | 02/21/2017 | | Authnet Gateway b... | VOID: | | X | Comerica Op... | 0.00 | 0.00 | 996.23 |
| Deposit | 02/27/2017 | | Synchrony Bank | Deposit | | | Comerica Ban... | 3.81 | 3.81 | 1,000.04 |
| **Total Merchant Account** | | | | | | | | | 1,000.04 | 1,000.04 |
| **Licenses & Permits** | | | | | | | | | | |
| Check | 02/27/2017 | | Lanning Prop | | | | Comerica Ban... | 220.00 | 220.00 | 220.00 |
| **Total Licenses & Permits** | | | | | | | | | 220.00 | 220.00 |
| **Machines & Computer Maintenance** | | | | | | | | | | |
| Check | 02/15/2017 | | Carestream Dental... | Computer M... | | | Comerica Op... | 159.88 | 159.88 | 159.88 |
| **Total Machines & Computer Maintenance** | | | | | | | | | 159.88 | 159.88 |
| **Advertising and Promotion** | | | | | | | | | | |
| Check | 02/01/2017 | | Optiopublish | Advertising | | | Comerica Op... | 73.50 | 73.50 | 73.50 |
| Check | 02/02/2017 | | Google | advertising | | | Comerica Ban... | 78.87 | 78.87 | 152.37 |
| Check | 02/08/2017 | | Depositphoto | Advertising | | | Comerica Op... | 59.00 | 59.00 | 211.37 |
| Check | 02/08/2017 | | Tele-Direct | Advertising | | | Comerica Ban... | 481.83 | 481.83 | 693.20 |
| Check | 02/09/2017 | | Tele-Direct | Advertising | | | Comerica Ban... | 29.99 | 29.99 | 723.19 |
| Check | 02/13/2017 | | Yext*powerlisting | Advertising | | | Comerica Ban... | 378.87 | 378.87 | 1,102.06 |
| Check | 02/16/2017 | | Depositphoto | VOID: Advert... | | X | Comerica Ban... | 0.00 | 0.00 | 1,102.06 |
| Check | 02/21/2017 | | Facebook | Advertising | | | Comerica Ban... | 718.76 | 718.76 | 1,820.82 |
| Check | 02/21/2017 | | Facebook | advertising | | | Comerica Ban... | 31.46 | 31.46 | 1,852.28 |
| Check | 02/28/2017 | | Facebook | Advertising | | | Comerica Ban... | 308.01 | 308.01 | 2,160.29 |
| Check | 02/28/2017 | | Facebook | Advertising | | | Comerica Ban... | 12.60 | 12.60 | 2,172.89 |
| **Total Advertising and Promotion** | | | | | | | | | 2,172.89 | 2,172.89 |
| **Automobile Expense** | | | | | | | | | | |
| Check | 02/21/2017 | | 7-Eleven | Gas | | | Comerica Ban... | 60.48 | 60.48 | 60.48 |
| **Total Automobile Expense** | | | | | | | | | 60.48 | 60.48 |
| **Bank Service Charges** | | | | | | | | | | |
| Check | 02/03/2017 | | Comerica | Bank Fee Re... | | | Comerica Ban... | 25.00 | 25.00 | 25.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 62.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 99.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 136.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 173.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 210.00 |
| Check | 02/03/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 247.00 |
| Check | 02/06/2017 | | Comerica | Fee return it... | | | Comerica Op... | 37.00 | 37.00 | 284.00 |
| Check | 02/07/2017 | | Foreign | Foreign Tran... | | | Comerica Op... | 2.21 | 2.21 | 286.21 |
| Check | 02/07/2017 | | Comerica | Bankcharged.. | | | Comerica Op... | 37.00 | 37.00 | 323.21 |
| Check | 02/07/2017 | | Comerica | Bankcharged... | | | Comerica Op... | 37.00 | 37.00 | 360.21 |
| Check | 02/07/2017 | | Comerica | Bankcharged... | | | Comerica Op... | 37.00 | 37.00 | 397.21 |
| Check | 02/07/2017 | | Comerica | Coemrica Ba... | | | Comerica Op... | 37.00 | 37.00 | 434.21 |

1:15 PM
03/14/17
Cash Basis

# Advanced Orthodontic Studio
## Transaction Detail by Account
### February 2017

| Type | Date | Num | Name | Class | Clr | Split | Memo | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| Check | 02/09/2017 | | Comerica | | | Comerica Ban... | OVERDRAF... | 33.00 | 33.00 | 467.21 |
| Check | 02/14/2017 | | Comerica | | | Comerica Op.... | Bank fees | 9.00 | 9.00 | 476.21 |
| Check | 02/15/2017 | | Comerica | | | Comerica Ban. | Comerica Ba... | 35.00 | 35.00 | 511.21 |
| Check | 02/17/2017 | | Comerica | | | Comerica Op... | item return fee | 10.95 | 10.95 | 522.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | item return f... | 37.00 | 37.00 | 559.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | item return fee | 37.00 | 37.00 | 596.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | item Return f... | 37.00 | 37.00 | 633.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | item return fee | 37.00 | 37.00 | 670.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | item return f... | 37.00 | 37.00 | 707.16 |
| Check | 02/21/2017 | | Comerica | | | Comerica Op... | bank charges | 37.00 | 37.00 | 744.16 |
| Check | 02/22/2017 | | Comerica | | | Comerica Ban... | Bank fees | 33.00 | 33.00 | 777.16 |
| Check | 02/23/2017 | | Comerica | | | Comerica Op... | item return f... | 37.00 | 37.00 | 814.16 |
| **Total Bank Service Charges** | | | | | | | | | **814.16** | **814.16** |
| **Contract Labor** | | | | | | | | | | |
| Check | 02/02/2017 | 6024 | Marco A Navarro | | | Comerica Ban. | Contract Lab... | 1,800.00 | 1,800.00 | 1,800.00 |
| Check | 02/07/2017 | 6025 | Syed Ali | | | Comerica Ban. | Contract Lab... | 2,700.00 | 2,700.00 | 4,500.00 |
| Check | 02/17/2017 | 6036 | Marco Navarro | | | Comerica Ban. | Contract Lab... | 5,500.00 | 5,500.00 | 10,000.00 |
| Check | 02/17/2017 | 6035 | Syed Ali | | | Comerica Ban. | Contract Lab... | 2,700.00 | 2,700.00 | 12,700.00 |
| **Total Contract Labor** | | | | | | | | | **12,700.00** | **12,700.00** |
| **Dues and Subscriptions** | | | | | | | | | | |
| Check | 02/13/2017 | | Itunes | | | Comerica Op... | | 7.57 | 7.57 | 7.57 |
| Check | 02/13/2017 | | Itunes | | | Comerica Op... | | 10.81 | 10.81 | 18.38 |
| Check | 02/15/2017 | | Netflix -AUTO PAY | | | Comerica Op... | | 21.62 | 21.62 | 40.00 |
| Check | 02/21/2017 | | Netflix -AUTO PAY | | | Comerica Op... | | 10.81 | 10.81 | 50.81 |
| Check | 02/21/2017 | | Itunes | | | Comerica Ban. | Office/ Subs... | 2.99 | 2.99 | 53.80 |
| Check | 02/21/2017 | | Itunes | | | Comerica Ban. | Office/ Subs... | 3.23 | 3.23 | 57.03 |
| **Total Dues and Subscriptions** | | | | | | | | | **57.03** | **57.03** |
| **Office Expenses** | | | | | | | | | | |
| Check | 02/13/2017 | | Paypal | | | Comerica Op... | Office Supplies | 35.00 | 35.00 | 35.00 |
| Check | 02/15/2017 | | Paypal | | | Comerica Ban. | Office suppies | 100.95 | 100.95 | 135.95 |
| **Total Office Expenses** | | | | | | | | | **135.95** | **135.95** |
| **Office Services** | | | | | | | | | | |
| Check | 02/01/2017 | | Stericycle | | | Comerica Ban. | Office Servic... | 78.62 | 78.62 | 78.62 |
| Check | 02/02/2017 | | Myfax- AUTO PAY | | | Comerica Op... | Fax services | 20.00 | 20.00 | 98.62 |
| Check | 02/27/2017 | | Myfax- AUTO PAY | | | Comerica Ban. | Office Seivic... | 20.00 | 20.00 | 118.62 |
| Check | 02/27/2017 | | Myfax- AUTO PAY | | | Comerica Ban. | Fax sevices | 4.95 | 4.95 | 123.57 |
| **Total Office Services** | | | | | | | | | **123.57** | **123.57** |

1:15 PM
03/14/17
Cash Basis

## Advanced Orthodontic Studio
## Transaction Detail by Account
### February 2017

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Payroll Expenses** | | | | | | | | | | |
| **Wages** | | | | | | | | | | |
| **Bank Payroll Fees** | | | | | | | | | | |
| Check | 02/21/2017 | | Kds Group Pllc WF... | | | | Comerica Op... | 65.00 | 65.00 | 65.00 |
| Total Bank Payroll Fees | | | | | | | | | 65.00 | 65.00 |
| **Wages - Other** | | | | | | | | | | |
| Check | 02/10/2017 | 6029 | Elda Alvarez | Payroll Perio... | | | Comerica Ban... | 1,154.35 | 1,154.35 | 1,154.35 |
| Check | 02/10/2017 | 6030 | Jose A Cabral-San... | Payroll Perio... | | | Comerica Ban... | 1,269.96 | 1,269.96 | 2,424.31 |
| Check | 02/10/2017 | 6031 | Juan C. Cabral | Payroll Perio... | | | Comerica Ban... | 645.42 | 645.42 | 3,069.73 |
| Check | 02/24/2017 | 6041 | Elda Alvarez | Payroll Perio... | | | Comerica Ban... | 1,128.73 | 1,128.73 | 4,198.46 |
| Check | 02/24/2017 | 6042 | Jose A Cabral-San... | Payroll Perio... | | | Comerica Ban... | 1,228.93 | 1,228.93 | 5,427.39 |
| Check | 02/24/2017 | 6043 | Juan C. Cabral | Payroll Perio... | | | Comerica Ban... | 624.10 | 624.10 | 6,051.49 |
| Total Wages - Other | | | | | | | | | 6,051.49 | 6,051.49 |
| Total Wages | | | | | | | | | 6,116.49 | 6,116.49 |
| Total Payroll Expenses | | | | | | | | | 6,116.49 | 6,116.49 |
| **Postage and Delivery** | | | | | | | | | | |
| Check | 02/01/2017 | | USPS | changed add... | | | Comerica Ban... | 1.00 | 1.00 | 1.00 |
| Total Postage and Delivery | | | | | | | | | 1.00 | 1.00 |
| **Professional Fees** | | | | | | | | | | |
| **Legal fees** | | | | | | | | | | |
| Check | 02/23/2017 | 6039 | U.S Trustee | Office of the ... | | | Comerica Ban... | 925.00 | 925.00 | 925.00 |
| Total Legal fees | | | | | | | | | 925.00 | 925.00 |
| Total Professional Fees | | | | | | | | | 925.00 | 925.00 |
| **Rent Expense** | | | | | | | | | | |
| Check | 02/07/2017 | 6027 | Syed Ali | Reimbursem... | | | Comerica Ban... | 361.39 | 361.39 | 361.39 |
| Bill | 02/10/2017 | | Granite Plaza LLC | Las Colinas ... | | | Accounts Pay... | 3,148.13 | 3,148.13 | 3,509.52 |
| Total Rent Expense | | | | | | | | | 3,509.52 | 3,509.52 |
| **Repairs and Maintenance** | | | | | | | | | | |
| Deposit | 02/02/2017 | | The Home Depot | Refund | | | Comerica Ban... | -11.90 | -11.90 | -11.90 |
| Total Repairs and Maintenance | | | | | | | | | -11.90 | -11.90 |
| **Storage** | | | | | | | | | | |
| Check | 02/13/2017 | | Public Storage | | | | Comerica Ban... | 223.40 | 223.40 | 223.40 |
| Total Storage | | | | | | | | | 223.40 | 223.40 |

1:15 PM
03/14/17
Cash Basis

# Advanced Orthodontic Studio
## Transaction Detail by Account
### February 2017

| Type | Date | Num | Name | Memo | Class | Clr | Split | Original Amount | Paid Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Utilities** | | | | | | | | | | |
| Check | 02/01/2017 | | Reliant Energy | Utilities | | | Comerica Ban... | 515.42 | 515.42 | 515.42 |
| Check | 02/21/2017 | 6038 | COP - Granite Plaz... | Operating Ex... | | | Comerica Ban... | 2,545.21 | 2,545.21 | 3,060.63 |
| **Total Utilities** | | | | | | | | | 3,060.63 | 3,060.63 |
| **Total Expense** | | | | | | | | | 31,268.14 | 31,268.14 |
| **Net Ordinary Income** | | | | | | | | | 7,976.47 | 7,976.47 |
| **Net Income** | | | | | | | | | 7,976.47 | 7,976.47 |





# STATEMENT OF ACCOUNT

80717

Il..l.l.l.Il....Il.l.l..Il.l
KDS GROUP PLLC DBA
ADVANCED ORTHODONTICS STUDIO
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

## *Basic Business Checking* statement

February 1, 2017 to February 28, 2017
Account number . . .

## Account summary

| | |
|---|---|
| **Beginning balance on February 1, 2017** | **$165.13** |
| ***Plus deposits*** | |
| Electronic deposits | $2,389.92 |
| Transfers from other accounts | $832.89 |
| | *+3,222.81* |
| ***Less withdrawals*** | |
| ATM/Debit Card withdrawals | -$413.17 |
| Electronic (EFT) withdrawals | -$199.55 |
| Fees and service charges | -$675.00 |
| Transfers to other accounts | -$2,100.22 |
| | *+3,387.94* |
| **Ending balance on February 28, 2017** | **$0.00** |

### To contact us

Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

### Important information

The Account Balance Fee for this statement
period for this account is $0.00/$1,000

**Thank you**

*Basic Business Checking* statement
February 1, 2017 to February 28, 2017

## *Basic Business Checking* account details:

### Electronic deposits this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount | Activity | Customer | Bank |
| Feb 09 | 13.60 | Cma Mrchnt Bill Mps Billng 020817 0s4276 | | 9488551585 |
| Feb 09 | 1.72 | Cma Mrchnt Bill Mps Billng 020817 0s6636 | | 9488551684 |
| Feb 13 | 2,374.60 | Synchrony Bank Btot Dep '70210 534812028590020 | | 9488279934 |

Total Electronic Deposits: $2,389.92

Total Number of Electronic Deposits: 3

### Transfer from other accounts this statement period

| | | | | Bank reference number |
|---|---|---|---|---|
| Date | Amount | Activity | | |
| Feb 06 | 300.00 | Web Funds Transfer From Account | Xxxxxx5257 | 0W54095514 |
| Feb 07 | 182.89 | Web Funds Transfer From Account | Xxxxxx5257 | 0W57008221 |
| Feb 23 | 350.00 | Web Funds Transfer From Account | Xxxxxx5257 | 0W56003420 |

Total Transferred from Other Accounts: $832.89

Total Number of Transfers from Other Accounts: 3

### ATM/Debit Card transactions this statement period

| | | | Bank reference number |
|---|---|---|---|
| Date | Amount ($) | Activity | |
| Feb 01 | -47.77 | VISA Tele-direct Communic 916-6686194 CA | 0F41262135 |
| Feb 02 | -73.50 | VISA Optiopublishing.com 9024443398 Cd | 0F49330068 |
| Feb 02 | -20.00 | VISA J2 *myfax Services 877-437-3607 CA | 0F49223731 |
| Feb 02 | -2.21 | VISA Foreign Transaction Fee Cd | 0F40330068 |
| Feb 13 | -59.00 | VISA Depositphotos Inc 954-9900075 FL | 0F41628502 |
| Feb 13 | -10.81 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F48562585 |
| Feb 13 | -7.57 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F40020929 |
| Feb 15 | -21.62 | Pmt Netflix CO Netflix Com   Los Gatos   CA | 0P64542621 |
| Feb 16 | -159.88 | VISA Carestream Dental Llc 770-850-5000 GA | 0F43352944 |
| Feb 21 | -10.81 | Pmt Netflix CO Netflix Com   Los Gatos   CA | 0P69517830 |

Total ATM/Debit Card Withdrawals: -$413.17

Total Number of ATM/Debit Card Withdrawals: 10

### Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Feb 02 | -20.25 | Authnet Gateway Billing 94598572 | | 9488612127 |
| Feb 08 | -0.23 | Cma Mrchnt Sett Net Credit 020717 Chain 0s4276 | | 9488813766 |
| Feb 08 | -0.23 | Cma Mrchnt Sett Net Setlmt 020717 Chain 0s6637 | | 9488813829 |
| Feb 08 | -0.23 | Cma Mrchnt Sett Net Setlmt 020717 Chain 0s6636 | | 9488813832 |
| Feb 09 | -8.28 | Cma Mrchnt Bill Mps Billng 020817 0s6637 | | 9488551685 |
| Feb 13 | -35.00 | Paypal Retry Pymt 170205 | | 9488151434 |
| Feb 15 | -23.95 | Vanco Payment Invoice 170215 Xi0d3nc51y6vd | | 9488585981 |
| Feb 17 | -10.95 | Comerica Online Billinglee 170217 | | 9488610256 |
| Feb 17 | -65.00 | Kds Group Pllc Wf Payroll 170217 7158248 | | 9488681673 |
| Feb 17 | -35.43 | Authnet Gateway Billing 94831380 | | 9488244077 |

Total Electronic Withdrawals: -$199.55

Total Number of Electronic Withdrawals: 10



STATEMENT OF ACCOUNT

*Basic Business Checking* statement
February 1, 2017 to February 28, 2017

# Basic Business Checking:

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Feb27 | -0.00 | Withdrawal - Closing Account | 8501000002 |

Total Other Withdrawals: -$0.00

Total Number of Other Withdrawals: 1

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|------|-----------|----------|----------------------|
| Feb 03 | -37.00 | Fee - Returned Item | 9488611920 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488611921 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488612070 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488612072 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488612128 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488612129 |
| Feb 03 | -37.00 | Fee - Returned Item | 9488612178 |
| Feb 06 | -37.00 | Fee - Returned Item | 9488517721 |
| Feb 06 | -37.00 | Fee - Returned Item | 9488518018 |
| Feb 06 | -37.00 | Fee - Returned Item | 9488518021 |
| Feb 07 | -37.00 | Fee - Returned Item | 9488639853 |
| Feb 14 | -9.00 | Service Charge | 0001427642 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244068 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244069 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244070 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244072 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244073 |
| Feb 21 | -37.00 | Fee - Returned Item | 9488244075 |
| Feb 22 | -37.00 | Fee - Overdraft | 0P69517830 |

Total Fees and Service Charges: -$675.00

Total Number of Fees and Service Charges: 19

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|---|----------------------|
| Feb 13 | -2,000.00 | Web Funds Transfer To Account | Xxxxxx5257 | 0W59056287 |
| Feb 24 | -100.22 | Phone Transfer To:  Xxxxxxxxxxxx5257 | | ID80717 |

Total Transferred to Other Accounts: -$2,100.22

Total Number of Transfers to Other Accounts: 2

## 💲 Lowest daily balance

Your lowest daily balance this statement period was  $-257.60
on **February 3, 2017**.

*Basic Business Checking* statement
February 1, 2017 to February 28, 2017

# Basic Business Checking:

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
#### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any), (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information, and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions.* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05

**Comerica**
www.comerica.com

MEMBER FDIC

Page 4 of 4


Comerica Bank

# STATEMENT OF ACCOUNT

80717

Il..l.l.l.ll....ll.l.l..ll.l
KDS GROUP PLLC  DBA
ADVANCED ORTHODONTICS STUDIO
DEBTOR IN POSSESSION
7301 NORTH STATE HWY 161
SUITE 150
IRVING TX 75039

**Basic Business Checking**
statement

February 1, 2017 to February 28, 2017
Account number ˙

## Account summary

| | |
|---|---|
| **Beginning balance on February 1, 2017** | **$4,274.99** |
| ***Plus deposits*** | |
| Electronic deposits | $33,895.00 |
| Paper deposits | $4,360.26 |
| Transfers from other accounts | $2,100.22 |

*(handwritten: $40,355.48)*

| | |
|---|---|
| ***Less withdrawals*** | |
| Checks | -$27,154.35 |
| ATM/Debit Card withdrawals | -$3,711.56 |
| Electronic (EFT) withdrawals | -$1,212.97 |
| Other withdrawals | -$1,800.00 |
| Fees and service charges | -$126.00 |
| Transfers to other accounts | -$832.89 |

*(handwritten: $ 34,837.77)*

| | |
|---|---|
| **Ending balance on February 28, 2017** | **$9,792.70** |

### To contact us
Call
(800) 925-2160
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
P.O. BOX 650282
DALLAS, TX 75265-0282

### Important information
The Account Balance Fee for this statement period for this account is $0.00/$1,000.

**Thank you**

*Basic Business Checking* statement
February 1, 2017 to February 28, 2017

## *Basic Business Checking* account details:

### Electronic deposits this statement period

| | | | Reference numbers | |
| Date | Amount | Activity | Customer | Bank |
|------|--------|----------|----------|------|
| Feb 01 | 752.44 | Forte Funding 170131 +1.469.675.9920 | | 9488034430 |
| Feb 01 | 11.90 | VISA The Home Depot #6555 Carrollton TX | | 0F40000000 |
| Feb 02 | 128.08 | Bankcard 8076 Btot Dep 170201 554402000130898 | | 9488255861 |
| Feb 03 | 1,809.05 | Bankcard-8566 Mtot Dep 170202 518089240716746 | | 9488313677 |
| Feb 06 | 2,132.67 | Bankcard-8566 Mtot Dep 170203 518089240716746 | | 9488518163 |
| Feb 06 | 235.00 | Bankcard-8566 Mtot Dep 170203 518089240716746 | | 9488839806 |
| Feb 06 | 117.52 | Bankcard-8566 Mtot Dep 170203 518089240786145 | | 9480339808 |
| Feb 07 | 1,368.60 | Bankcard-8566 Mtot Dep 170206 518089240716746 | | 9488772809 |
| Feb 09 | 2,000.00 | Bankcard-8566 Mtot Dep 170208 518089240786145 | | 9488042334 |
| Feb 09 | 115.00 | Bankcard 8076 Btot Dep 170208 554402000130898 | | 9488042742 |
| Feb 13 | 725.00 | Bankcard-8566 Mtot Dep 170210 518089240716746 | | 9488964213 |
| Feb 13 | 548.61 | Bankcard-8566 Btot Dep 170210 518089240786145 | | 9488268851 |
| Feb 13 | 200.00 | Bankcard-8566 Mtot Dep 170210 518089240786145 | | 9488964215 |
| Feb 13 | 155.00 | Bankcard-8566 Btot Dep 170210 518089240716746 | | 9488268850 |
| Feb 13 | 120.00 | Bankcard 8076 Btot Dep 170210 554402000130898 | | 9488271188 |
| Feb 13 | 112.50 | Bankcard-8566 Btot Dep 170210 518089240716746 | | 9488268849 |
| Feb 15 | 100.00 | Bankcard-8566 Mtot Dep 170214 518089240716746 | | 9488293049 |
| Feb 17 | 4,661.82 | Bankcard-8566 Mtot Dep 170216 518089240716746 | | 9488744236 |
| Feb 17 | 150.00 | Bankcard 8076 Btot Dep 170216 554402000130898 | | 9488744654 |
| Feb 21 | 5,260.00 | Bankcard-8566 Mtot Dep 170217 518089240786145 | | 9488596998 |
| Feb 21 | 135.00 | Bankcard 8076 Btot Dep 170217 554402000130898 | | 9488597412 |
| Feb 23 | 955.11 | Synchrony Bank Btot Dep 170222 534812028590020 | | 9488891332 |
| Feb 23 | 444.20 | Forte Funding 170222 +1.469.675.9920 | | 9488905297 |
| Feb 23 | 100.00 | Bankcard-8566 Mtot Dep 170222 518089240716746 | | 9488911383 |
| Feb 24 | 1,095.00 | Bankcard 8076 Btot Dep 170223 554402000130898 | | 9488343289 |
| Feb 24 | 300.00 | Bankcard-8566 Btot Dep 170223 518089240716746 | | 9488342851 |
| Feb 27 | 3,654.65 | Bankcard-8566 Mtot Dep 170224 518089240716746 | | 9488688056 |
| Feb 27 | 2,825.00 | Bankcard-8566 Mtot Dep 170224 518089240716746 | | 9488688057 |
| Feb 27 | 2,591.66 | Bankcard-8566 Mtot Dep 170224 518089240786145 | | 9488688058 |
| Feb 27 | 815.00 | Bankcard-8566 Mtot Dep 170224 518089240716746 | | 9488398083 |
| Feb 27 | 196.19 | Synchrony Bank Btot Dep 170224 534812028590020 | | 9488390722 |
| Feb 27 | 80.00 | Bankcard 8076 Btot Dep 170224 554402000130898 | | 9488398490 |

**Total Electronic Deposits: $33,895.00**
**Total Number of Electronic Deposits: 32**

### Paper deposits this statement period

| | | Reference numbers | | | | Reference numbers | |
| Date | Amount ($) | Customer | Bank | Date | Amount ($) | Customer | Bank |
|------|-----------|----------|------|------|-----------|----------|------|
| Feb 02 | 200.00 | | 0430428776 | Feb 21 | 1,033.36 | | 0430764103 |
| Feb 03 | 280.00 | | 0430581072 | Feb 21 | 808.27 | | 0431412452 |
| Feb 08 | 187.50 | | 0430341052 | Feb 22 | 300.00 | | 0430383975 |
| Feb 10 | 460.00 | | 0430521056 | Feb 23 | 100.00 | | 0430401219 |
| Feb 16 | 41.67 | | 0430332246 | Feb 24 | 322.85 | | 0430404319 |
| | | | | Feb 28 | 626.61 | | 0430590185 |

**Total Paper Deposits: $4,360.26**
**Total Number of Paper Deposits: 11**

### Transfer from other accounts this statement period

| Date | Amount | Activity | | Bank reference number |
|------|--------|----------|---|------------------------|
| Feb 13 | 2,000.00 | Web Funds Transfer From Account | Xxxxxx8240 | 0W59056287 |



## STATEMENT OF ACCOUNT

**Basic Business Checking statement**
February 1, 2017 to February 28, 2017

## Basic Business Checking:

### Transfer from other accounts this statement period (conituned)

| Date | Amount | Activity | Bank reference number |
|---|---|---|---|
| Feb 24 | 100.22 | Phone Transfer From: Xxxxxxxxxxx8240 | ID80717 |

Total Transferred from Other Accounts: $2,100.22
Total Number of Transfers from Other Accounts: 2

### Checks paid this statement period

\* Symbol indicates a break in check number sequence
\# Symbol indicates an original item not enclosed
@ Symbol indicates a break in check number sequence and an original item not enclosed

| Check Number | Amount | Date Paid | Bank Reference Number | Check Number | Amount | Date Paid | Bank Reference Number |
|---|---|---|---|---|---|---|---|
| #6020 | -1,000.00 | Feb 07 | 0430537716 | @6033 | -3,148.13 | Feb 21 | 0971203577 |
| @6023 | -3,148.13 | Feb 02 | 0970301478 | @6035 | -2,700.00 | Feb 21 | 0971256664 |
| @6025 | -2,700.00 | Feb 07 | 0970798783 | #6036 | -5,500.00 | Feb 17 | 0430523959 |
| @6028 | -361.39 | Feb 21 | 0971256663 | @6038 | -2,545.21 | Feb 27 | 0971374588 |
| #6029 | -1,154.35 | Feb 10 | 0430553983 | @6041 | -1,128.73 | Feb 24 | 0430474900 |
| #6030 | -1,269.96 | Feb 14 | 0970376774 | #6042 | -1,228.93 | Feb 28 | 0970422260 |
| #6031 | -645.42 | Feb 14 | 0970376775 | #6043 | -624.10 | Feb 28 | 0970422270 |

Total checks paid this statement period: -$27,154.35
Total number of checks paid this statement period: 14

### ATM/Debit Card transactions this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb01 | -73.20 | VISA The Home Depot #6555 Carrollton TX | 0F40911174 |
| Feb01 | -25.00 | VISA The Home Depot #6555 Carrollton TX | 0F43320428 |
| Feb01 | -10.25 | VISA The Home Depot #6555 Carrollton TX | 0F48790341 |
| Feb01 | -3.85 | VISA The Home Depot #6555 Carrollton TX | 0F47510803 |
| Feb01 | -63.41 | VISA Facebk H7jbhb6qy2 650-6187714 CA | 0F48050064 |
| Feb01 | -6.50 | VISA Facebk J7jbhb6qy2 650-6187714 CA | 0F49050130 |
| Feb01 | -78.62 | VISA Stericycle 866-783-7422 IL | 0F43392936 |
| Feb01 | -1.00 | VISA Usps.com Mover's Guide 800-238-3150 TN | 0F42060067 |
| Feb02 | -141.46 | VISA Midwest Dental 940-322-4592 TX | 0F41346370 |
| Feb02 | -78.87 | VISA Google *svcsapps_mintb Cc@google.com CA | 0F40346935 |
| Feb06 | -314.20 | VISA Midwest Dental Wichita Falls TX | 0F43618744 |
| Feb09 | -481.83 | VISA Tele-direct Communic 916-6686194 CA | 0F44803757 |
| Feb10 | -29.99 | VISA Www.1and1.com 877-461-2631 PA | 0F40350498 |
| Feb13 | -39.79 | VISA Midwest Dental 940-322-4592 TX | 0F42315800 |
| Feb13 | -223.40 | VISA Public Storage 28099 Carrollton TX | 0F48787572 |
| Feb14 | -100.95 | Pmt Paypal *cs 2211 North Firs San Jose   CA | 0P64095877 |
| Feb15 | -378.87 | VISA Yext *powerlistings 888-9218247 NY | 0F41020113 |
| Feb15 | -466.50 | VISA Vq Optical Lp Plano TX | 0F49367935 |
| Feb21 | -60.48 | Pur 7-eleven 3 10804 Preston R Dallas   TX | 0P60623900 |
| Feb21 | -718.76 | VISA Facebk T4eulbnpy2 650-6187714 CA | 0F46020021 |
| Feb21 | -31.46 | VISA Facebk X4eulbnpy2 650-6187714 CA | 0F48020073 |
| Feb22 | -152.00 | VISA Paypal *hejieyan 402-935-7733 CA | 0F40501615 |
| Feb23 | -3.23 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F49787644 |
| Feb23 | -2.99 | VISA Apl* Itunes.com/bill 866-712-7753 CA | 0F40788461 |
| Feb27 | -220.00 | VISA Lanning Property Inspecti 972-8806305 TX | 0F47603867 |
| Feb27 | -4.95 | VISA J2 *myfax Services 877-437-3607 CA | 0F45010526 |

Total ATM/Debit Card Withdrawals: -$3,711.56
Total Number of ATM/Debit Card Withdrawals: 26

$35,865.91   Page 3 of 5

*Basic Business Checking* statement
February 1, 2017 to February 28, 2017

# Basic Business Checking:

## Electronic withdrawals this statement period

| | | | Reference numbers | |
|---|---|---|---|---|
| Date | Amount ($) | Activity | Customer | Bank |
| Feb 01 | -515.42 | Reliant Energy 0121d | | 9488862864 |
| Feb 02 | -355.33 | Bankcard-8566 Mtot Disc 170131 518089240716746 | | 9488975087 |
| Feb 02 | -104.21 | Bankcard-8566 Mtot Disc 170131 518089240786145 | | 9488975093 |
| Feb 02 | -82.91 | Bankcard 8076 Mtot Disc 170131 554402000130898 | | 9488977358 |
| Feb 10 | -62.00 | Forte Payments ACH Fees 170209 4823138 | | 9488058903 |
| Feb 10 | -61.85 | Forte Payments ACH Fees 170209 4823146 | | 9488058904 |
| Feb 10 | -31.25 | Forte Payments ACH Fees 170209 4823130 | | 9488058901 |

**Total Electronic Withdrawals: -$1,212.97**
**Total Number of Electronic Withdrawals: 7**

## Other withdrawals this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 06 | -1,800.00 | Phone Funds Transfer Debit | 0431160795 |

**Total Other Withdrawals: -$1,800.00**
**Total Number of Other Withdrawals: 1**

## Fees and service charges this statement period

| Date | Amount ($) | Activity | Bank reference number |
|---|---|---|---|
| Feb 03 | -25.00 | Fee - Returned Item | 0430451329 |
| Feb 08 | -33.00 | Fee - Overdraft | 0430537716 |
| Feb 14 | -35.00 | Service Charge | 0001453528 |
| Feb 22 | -33.00 | Fee - Overdraft | 0971256663 |

**Total Fees and Service Charges: -$126.00**
**Total Number of Fees and Service Charges: 4**

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Feb 06 | -300.00 | Web Funds Transfer To Account | Xxxxxx8240 | 0W54095514 |
| Feb 07 | -182.89 | Web Funds Transfer To Account | Xxxxxx8240 | 0W57008221 |
| Feb 23 | -350.00 | Web Funds Transfer To Account | Xxxxxx8240 | 0W56003420 |

**Total Transferred to Other Accounts: -$832.89**
**Total Number of Transfers to Other Accounts: 3**

## $ Lowest daily balance

Your lowest daily balance this statement period was **$300.00** on **February 7, 2017**.



STATEMENT OF ACCOUNT

**Basic Business Checking** statement
February 1, 2017 to February 28, 2017

# Basic Business Checking:

### PLEASE EXAMINE THIS STATEMENT PROMPTLY
### Reporting Errors and Unauthorized Transactions

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank - Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number, (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information, and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Comerica Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.

 Equal Opportunity Lender   Rev. 07-05

**Comerica**
www.comerica.com

MEMBER FDIC